UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| **FELLOWES, INC.,**<br><br>                 Plaintiff,<br><br>   **v.**<br><br>**UNITED STATES**,<br>                 Defendant. | **SUMMONS**<br><br>**Court No. 25-cv-00024** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                  **/s/ Mario Toscano**
                                  Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles/Long Beach, CA (2704) | Center (if known) | CEE008 |
| Protest Number: | 270423167595 | Date Protest Filed: | 08/08/2023 |
| Importer: | Fellowes, Inc. | Date Protest Denied: | 11/08/2024 |
| Category of Merchandise: | Electric air purifiers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BPC02203206 | 05/10/2022 | 05/05/2023 | | | |
| See Schedule of Protests Below | | | | | |
| | | | | | |
| | | | | | |

Eric R. Rock
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, IL 60602
Telephone: (312) 824-6191
Email: erock@rocktradelaw.com

              Name, Address, Telephone Number
            and E-mail Address of Plaintiff's Attorney

### CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Electric air purifiers | 9903.88.01 | 25% | 9903.88.67 | Free |

| Other |
|---|
| **Other**<br>State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| |
|---|
| The issues which are common to all such denied protests:<br><br>Applicability of Section 301 China Tariff exclusion (Chapter 99, Note 20(ttt)(i)(27)) determined (denied) by CBP based on the date privileged foreign status was initiated (Foreign Trade Zone admission) and not the date of entry for consumption as required by the terms of Heading 9903.88.67, the Federal Register Notice (87 Fed. Reg. 17380 (Mar. 28, 2022)), and 19 CFR § 152.12. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

Eric R. Rock                    January 22, 2025
_Name_                          _Date_

## SCHEDULE OF PROTESTS

008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270423166671 | 06/07/2023 | 12/19/2024 | BPC02184265 | 12/12/2021 | 12/09/2022 | 2704 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |